```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16138
   MICHAEL P HAWKINS SR
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5629


----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/05/07 and confirmed on 01/11/08.

     2.  The case was converted to Chapter 7 after confirmation, 07/22/2008.

     3.  The Debtor paid a total of $   2246.00 .

     4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------
                                                          INTEREST      PRINCIPAL
CREDITOR NAME               CLASS          CLAIM AMOUNT   PAID          PAID
----------------------------------------------------------------------------
CONCORDIA FINANCE           SECURED VEHIC       .00          .00            .00
CONCORDIA FINANCE           SECURED VEHIC  10115.00          .00        1437.68
CHASE AUTOMOTIVE FINANCE    SECURED VEHIC       .00          .00            .00
CHASE AUTOMOTIVE FINANCE    SECURED VEHIC    701.42          .00         701.42
JOLIET RADIOLOGICAL SERV    UNSECURED     NOT FILED          .00            .00
PROVENA ST THERESE MEDIC    UNSECURED       3694.50          .00            .00
PRAIRIE EMERGENCY SERVIC    UNSECURED     NOT FILED          .00            .00
FM JOLIET EMERGENCY PHYS    UNSECURED     NOT FILED          .00            .00
RANELAGH REALTY             UNSECURED       1477.80          .00            .00
FISCHER MANGOLD JOLIET      UNSECURED     NOT FILED          .00            .00
ADVANCED FAMILY DENTAL P    UNSECURED     NOT FILED          .00            .00
CENTER FOR DENTAL IMPLAN    UNSECURED     NOT FILED          .00            .00
ASSET ACCEPTANCE CORP       UNSECURED        275.37          .00            .00
ASSET ACCEPTANCE CORP       UNSECURED         98.59          .00            .00
         Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED     OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10816.42        .00      5546.26       .00     16362.68
PRINCIPAL PAID       2139.10        .00          .00       .00      2139.10
INTEREST PAID            .00        .00          .00       .00           .00
TOTAL PAID           2139.10        .00          .00       .00      2139.10
The Debtor's attorney, JOHNSON & JOHNSON LTD           , was allowed $  3500.00
and was paid $   3500.00  direct and $       .00  through the plan.

The Trustee received $    106.90 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 10/09/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE